81,957 01

# TONNA TRUMBLE HITT

### DISTRICT CLERK
### 355TH JUDICIAL DISTRICT COURT
Hood County Justice Center
1200 West Pearl Street
Granbury, Texas 76048
**(817) 579-3236**



March 16, 2015

Court of Criminal Appeals
Abel Acosta
P. O. Box 12308
Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

RE: Britton, Donald Ray
CCA No. WR-81,957-01
Trail Court Case No. CR11268

Dear Mr. Acosta:

In response to the Court of Criminal Appeals Order filed September 10, 2014, we are notifying you that there are no records showing that the Hood County District Clerk's office has received an application for Writ of Habeas Corpus from Donald Ray Britton.

Please let us know if any further information is needed.

Sincerely,

*Tracy Board*

Tracy Board
Deputy Clerk
Hood County District Clerk's Office





FILED

MAR 1 6 2015

Tonna Trumble Hitt
Clerk District Court, Hood County, Texas

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,957-01

### IN RE DONALD RAY BRITTON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. CR11268 IN THE 355TH DISTRICT COURT
### FROM HOOD COUNTY

*Per curiam.*

### ORDER

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 355th District Court of Hood County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Hood County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order that designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that Relator has

not filed an application for a writ of habeas corpus in Hood County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 10, 2014
Do not publish



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

ABEL ACOSTA
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

March 12, 2015

*FILED*
MAR 1 6 2015
*Tonna Trumble Hitt*
Clerk District Court, Hood County, Texas

District Clerk Hood County
Tonna Trumble Hitt
1200 West Pearl Street
Granbury, TX 76048
* DELIVERED VIA E-MAIL *

Re: BRITTON, DONALD RAY
CCA No. WR-81,957-01
Trial Court Case No. CR11268

Dear Clerk:

On September 10, 2014 this Court entered an order requiring you to respond within 30 days by either presenting an Order Designating Issues, submitting the application for Writ of Habeas Corpus to this Court, or by certifying that no application was filed. A copy of said order is available on our website under the above referenced writ number. To date no response to this order has been received.

Please take action within the next ten days to explain why you have not complied with the order of September 10, 2014.

Sincerely,

Abel Acosta, Clerk

cc:    Donald Ray Britton